UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
SOTO, CARLOS § Case No. 11-23614
SOTO, MICHELLE §
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BARRY A. CHATZ, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
KENNETH S. GARDNER
CLERK OF THE COURT

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 01/26/2012 in Courtroom 682,
United States Courthouse
219 South Dearborn Street
Chicago, Illinois 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 11/23/2011    By: /s/ Barry A. Chatz, Trustee
                               Barry A. Chatz, Trustee


BARRY A. CHATZ
120 S. RIVERSIDE PLAZA
SUITE 1200
CHICAGO, IL 60606-0000

UST Form 101-7-NFR (5/1/2011) (Page: 1)

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 11-23614-JBS
Carlos Soto                                                               Chapter 7
Michelle Soto
    Debtors

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: choward          Page 1 of 3          Date Rcvd: Nov 23, 2011
                              Form ID: pdf006       Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 25, 2011.
```
db/jdb       +Carlos Soto,    Michelle Soto,    4717 W. Wabansia,    Chicago, IL 60639-4629
17368061      Alverno Clinical Laboratories LLC,     38747 Eagle Way,    Chicago, IL 60678-1387
17368062      At&T Mobility,    PO Box 6416,    Carol Stream, IL 60197-6416
17368063     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: Cap One,    Po Box 85520,    Richmond, VA 23285)
17601192      Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 71083,
               Charlotte, NC 28272-1083
17368075      Dept of the Treasury,    Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
17368064     ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
               GRAND RAPIDS MI 49546-6253
             (address filed with court: Fifth Third Bank,    5050 Kingsley,    1MOC2J,    Cincinnati, OH 45263)
17368069     #HSBC,    PO Box 5608,    Glendale Heights, IL 60139-5608
17368070     ++HSBC BANK,    ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,    CAROL STREAM IL 60197-5213
             (address filed with court: Hsbc Bank,    Po Box 52530,    Carol Stream, IL 60196)
17368072     ++HSBC BANK,    ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,    CAROL STREAM IL 60197-5213
             (address filed with court: Hsbc/Carsn,    Po Box 15524,    Wilmington, DE 19850)
17902603     +HSBC Bank Nevada, N.A.,    (SUZUKI),    Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite 200,
               Tucson, AZ 85712-1083
17368071     +Hsbc/Bstby,    1405 Foulk Road,    Wilmington, DE 19803-2769
17368074    ++ILLINOIS DEPARTMENT OF REVENUE,     P O BOX 64338,    CHICAGO IL 60664-0338
             (address filed with court: Illinois Department of Revenue,    Bankruptcy Section Level 7-425,
               100 W. Randolph St.,    Chicago, IL 60601)
17368078      Oak Park Dental Group,    7034 W. North Ave.,    Elmwood Park, IL 60707-4306
17368079     +Peoplesene,    130 E. Randolph Drive,    Chicago, IL 60601-6302
17368083      SME Pathologists, SC,    PO Box 3133,    Indianapolis, IN 46206-3133
17368080      Saints Mary and Elizabeth,    1117 PAYSHPERE CIRCLE,    Chicago, IL 60674-0001
17368081     +Saints Mary and Elizabeth Medical,    2233 West Division Street,    Chicago, IL 60622-8151
17368082     +Sears/Cbsd,    Po Box 6189,    Sioux Falls, SD 57117-6189
17368084     +Syeda Zahedi MD SC,    905 Countryside Court,    Glenview, IL 60025-3700
17581771     +TARGET NATIONAL BANK,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
17368085      Target Nb,    C/O Target Credit Services,    Minneapolis, MN 55440-0673
17368086     +Thd/Cbsd,    Po Box 6497,    Sioux Falls, SD 57117-6497
17368087     +Unvl/Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
17368088     +Web Bank/Dfs,    One Dell Way,    Round Rock, TX 78682-7000
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17691230       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 24 2011 05:17:27
               American InfoSource LP as agent for,    Citibank N.A.,    PO Box 248840,
               Oklahoma City, OK  73124-8840
17585994       E-mail/PDF: BNCEmails@blinellc.com Nov 24 2011 05:21:42     B-Line, LLC,    MS 550,    PO Box 91121,
               Seattle, WA 98111-9221
17824977       E-mail/PDF: gecsedi@recoverycorp.com Nov 24 2011 04:16:45     GE Money Bank,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
17368065      +E-mail/PDF: gecsedi@recoverycorp.com Nov 24 2011 04:36:57     Gemb/Care Credit,    Po Box 981439,
               El Paso, TX 79998-1439
17368066      +E-mail/PDF: gecsedi@recoverycorp.com Nov 24 2011 04:16:45     Gemb/Care Credit,    950 Forrer Blvd,
               Kettering, OH 45420-1469
17368067      +E-mail/PDF: gecsedi@recoverycorp.com Nov 24 2011 05:22:42     Gemb/Walmart Dc,    Po Box 981400,
               El Paso, TX 79998-1400
17368068      +E-mail/Text: bknoticing@grantweber.com Nov 24 2011 04:10:57     Grant and Weber, Inc.,
               861 Coronado Center Drive,    Suite 211,    Henderson, NV 89052-3992
17368076       Fax: 847-227-2151 Nov 24 2011 04:56:55      Medical Recovery Specialists, Inc.,
               2250 E. Devon Avenue,    Suite 352,    Des Plaines, IL 60018-4519
17368077      +E-mail/Text: mmrgbk@miramedrg.com Nov 24 2011 04:11:23     Miramedrg (Original Creditor:Med1 0,
               991 Oak Creek Dr,    Lombard, IL 60148-6408
17761207      +E-mail/Text: resurgentbknotifications@resurgent.com Nov 24 2011 03:09:56
               PYOD LLC its successors and assigns as assignee of,    Citibank, NA,
               c/o Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
                                                                                              TOTAL: 10
```
```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17368073     ##+Hsbc/Suzki,    Po Box 703,    Wood Dale, IL 60191-0703
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1           User: choward              Page 2 of 3            Date Rcvd: Nov 23, 2011
                               Form ID: pdf006           Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 25, 2011**                    **Signature:**   *Joseph Speetjens*

```
District/off: 0752-1          User: choward              Page 3 of 3            Date Rcvd: Nov 23, 2011
                              Form ID: pdf006            Total Noticed: 35
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 23, 2011 at the address(es) listed below:

        Allan J DeMars   on behalf of Trustee Barry Chatz alland1023@aol.com
        Barry A Chatz   bachatz@arnstein.com, bchatz@ecf.epiqsystems.com;jbmedziak@arnstein.com;blsutton@arnstein.com;irsiabc@aol.com
        Melanie Pennycuff   on behalf of Debtor Carlos Soto Kreislerlaw@hotmail.com, pennycuffecf@gmail.com
        Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov

                                                                                                                                                          TOTAL: 4