UNITED STATES BANKRUPTCY COURT
DISTRICT OF

| | | |
|---|---|---|
| In re: | § § | |
| SOTO, CARLOS | § | Case No. 11-23614 |
| SOTO, MICHELLE | § § | |
| Debtor(s) | § § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BARRY A. CHATZ, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:    CHAPTER 7 ADMIN. FEES    AND CHARGES    (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER    ADMIN. FEES AND    CHARGES (from **Exhibit 5**) |  |  |  |  |
|    PRIORITY UNSECURED    CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

    4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____ By:/s/BARRY A. CHATZ_____
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BARRY A. CHATZ | | | | | |
| BARRY A. CHATZ | | | | | |
| ALLAN DEMARS | | | | | |
| ALLAN DEMARS | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | IRS Centralized Insolvency Operations PO Box 7346 Philadelphia, PA 19101-7346 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Department of Revenue Bankruptcy Section Level 7-425 100 W. Randolph St. Chicago, IL 60601 | | | | | |
| 00013A | INTERNAL REVENUE SERVICE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Alverno Clinical Laboratories LLC 38747 Eagle Way Chicago, IL 60678-1387 | | | | | |
| | At&T Mobility PO Box 6416 Carol Stream, IL 60197-6416 | | | | | |
| | Cap One Po Box 85520 Richmond, VA 23285 | | | | | |
| | Gemb/Care Credit 950 Forrer Blvd Kettering, OH 45420 | | | | | |
| | Gemb/Care Credit Po Box 981439 El Paso, TX 79998 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Gemb/Walmart Dc Po Box 981400 El Paso, TX 79998 | | | | | |
| | Grant and Weber, Inc. 861 Coronado Center Drive Suite 211 Henderson, NV 89052 | | | | | |
| | Hsbc Bank Po Box 52530 Carol Stream, IL 60196 | | | | | |
| | Hsbc/Bstby 1405 Foulk Road Wilmington, DE 19808 | | | | | |
| | Hsbc/Carsn Po Box 15524 Wilmington, DE 19850 | | | | | |
| | Hsbc/Suzki Po Box 703 Wood Dale, IL 60191 | | | | | |
| | Medical Recovery Specialists, Inc. 2250 E. Devon Avenue Suite 352 Des Plaines, IL 60018-4519 | | | | | |
| | Miramedrg (Original Creditor:Med1 0 991 Oak Creek Dr Lombard, IL 60148 | | | | | |
| | Oak Park Dental Group 7034 W. North Ave. Elmwood Park, IL 60707-4306 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Peoplesene 130 E. Randolph Drive Chicago, IL 60601 | | | | | |
| | Peoplesene 130 E. Randolph Drive Chicago, IL 60601 | | | | | |
| | SME Pathologists, SC PO Box 3133 Indianapolis, IN 46206-3133 | | | | | |
| | SME Pathologists, SC PO Box 3133 Indianapolis, IN 46206-3133 | | | | | |
| | Saints Mary and Elizabeth Medical 2233 West Division Street Chicago, IL 60622 | | | | | |
| | Sears/Cbsd Po Box 6189 Sioux Falls, SD 57117 | | | | | |
| | Sears/Cbsd Po Box 6189 Sioux Falls, SD 57117 | | | | | |
| | Syeda Zahedi MD SC 905 Countryside Court Glenview, IL 60025 | | | | | |
| | Syeda Zahedi MD SC 905 Countryside Court Glenview, IL 60025 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Target Nb C/O Target Credit Services Minneapolis, MN 55440-0673 | | | | | |
| | Thd/Cbsd Po Box 6497 Sioux Falls, SD 57117 | | | | | |
| | Thd/Cbsd Po Box 6497 Sioux Falls, SD 57117 | | | | | |
| | Unvl/Citi Po Box 6241 Sioux Falls, SD 57117 | | | | | |
| | Web Bank/Dfs One Dell Way Round Rock, TX 78682 | | | | | |
| 000002 | B-LINE, LLC | | | | | |
| 000003 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000004 | CITIBANK N.A. C/O AMERICAN INFOSOUR | | | | | |
| 000005 | CITIBANK, NA C/O ASSIGNEE PYOD LLC | | | | | |
| 000007 | CITIBANK, NA C/O ASSIGNEE PYOD LLC | | | | | |
| 000008 | CITIBANK, NA C/O ASSIGNEE PYOD LLC | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000006 | CITIBANK, NA C/O ASSIGNEE PYOD, LLC | | | | | |
| 000009 | GE MONEY BANK FOR CARECREDIT/GEMB | | | | | |
| 000010 | GE MONEY BANK FOR WAL-MART DISCOVER | | | | | |
| 000011 | HSBC BANK NEVADA, N.A. (SUZUKI) | | | | | |
| 000001 | TARGET NATIONAL BANK | | | | | |
| 000013B | INTERNAL REVENUE SERVICE | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 11-23614 | SBJ | Judge: JACK B. SCHMETTERER | | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|---|---|---|
| Case Name: | SOTO, CARLOS | | | | Date Filed (f) or Converted (c): | 06/03/11 (f) |
| | SOTO, MICHELLE | | | | 341(a) Meeting Date: | 07/12/11 |
| For Period Ending: | 05/02/12 | | | | Claims Bar Date: | 10/13/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Chicago Two-Flat 4717 W. Wabansia Ave. Chicago, IL | 275,000.00 | 0.00 | DA | 0.00 | FA |
| 2. Cash | 100.00 | 0.00 | DA | 0.00 | FA |
| 3. Financial Accounts | 101.90 | 0.00 | DA | 0.00 | FA |
| 4. Financial Accounts | 3,505.14 | 5.14 | DA | 0.00 | FA |
| 5. Household Goods | 1,500.00 | 1,500.00 | DA | 0.00 | FA |
| 6. Books / Collectibles | 50.00 | 50.00 | DA | 0.00 | FA |
| 7. Wearing Apparel | 500.00 | 0.00 | DA | 0.00 | FA |
| 8. Furs and Jewelry | 200.00 | 200.00 | DA | 0.00 | FA |
| 9. Pension / Profit Sharing | 500.00 | 0.00 | DA | 0.00 | FA |
| 10. Vehicles | 5,000.00 | 2,600.00 | DA | 1,500.00 | FA |
| 11. Vehicles | 13,000.00 | 8,701.90 | DA | 4,000.00 | FA |
| 12. Vehicles | 500.00 | 500.00 | DA | 0.00 | FA |
| 13. Animals | 0.00 | 0.00 | DA | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | DA | 0.10 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)  $299,957.04  $13,557.04  $5,500.10  $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR HEARD 1/26/12; CHECKS CUT 1/26/12; WAITING FOR ALL CHECKS TO CLEAR TO PREPARE FINAL ACCOUNT.

Initial Projected Date of Final Report (TFR): 12/31/11       Current Projected Date of Final Report (TFR): 01/31/12

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

Ver: 16.06a

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-23614 | | Trustee Name: | BARRY A. CHATZ |
| Case Name: | SOTO, CARLOS | | Bank Name: | BANK OF AMERICA, N.A. |
| | SOTO, MICHELLE | | Account Number / CD #: | *******7497  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******0424 | | | |
| For Period Ending: | 05/02/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/09/11 | 10, 11 | CARLOS SOTO | ASSET SALES | 1129-000 | 5,500.00 | | 5,500.00 |
| | | MICHELLE SOTO | | | | | |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 5,500.03 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 5,500.08 |
| 10/14/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.02 | | 5,500.10 |
| 10/14/11 | | Transfer to Acct #*******7565 | Final Posting Transfer | 9999-000 | | 5,500.10 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 5,500.10 | 5,500.10 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 5,500.10 | |
| Subtotal | 5,500.10 | 0.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 5,500.10 | 0.00 | |

Page Subtotals    5,500.10    5,500.10

Ver: 16.06a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*

FORM 2

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-23614 | Trustee Name: | BARRY A. CHATZ |
| --- | --- | --- | --- |
| Case Name: | SOTO, CARLOS | Bank Name: | BANK OF AMERICA, N.A. |
|  | SOTO, MICHELLE | Account Number / CD #: | *******7565  BofA - Checking Account |
| Taxpayer ID No: | *******0424 |  |  |
| For Period Ending: | 05/02/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 10/14/11 |  | Transfer from Acct #*******7497 | Transfer In From MMA Account | 9999-000 | 5,500.10 |  | 5,500.10 |
| 01/20/12 |  | Transfer to Acct #*******4380 | Bank Funds Transfer | 9999-000 |  | 5,500.10 | 0.00 |

|  |  |  |
| --- | --- | --- |
| COLUMN TOTALS | 5,500.10 | 5,500.10 | 0.00 |
| Less:  Bank Transfers/CD's | 5,500.10 | 5,500.10 |
| Subtotal | 0.00 | 0.00 |
| Less:  Payments to Debtors |  | 0.00 |
| Net | 0.00 | 0.00 |

Page Subtotals          5,500.10          5,500.10

Ver: 16.06a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*

FORM 2

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-23614 | | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|---|
| Case Name: | SOTO, CARLOS | | Bank Name: | Congressional Bank |
| | SOTO, MICHELLE | | Account Number / CD #: | *******4380  Checking Account |
| Taxpayer ID No: | *******0424 | | | |
| For Period Ending: | 05/02/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/20/12 | | Transfer from Acct #*******7565 | Bank Funds Transfer | 9999-000 | 5,500.10 | | 5,500.10 |
| 01/26/12 | 003001 | BARRY A. CHATZ | Chapter 7 Compensation/Expense | | | 1,336.63 | 4,163.47 |
| | | 120 S. RIVERSIDE PLAZA | | | | | |
| | | SUITE 1200 | | | | | |
| | | CHICAGO, IL  60606 | | | | | |
| | | | Fees        1,300.01 | 2100-000 | | | |
| | | | Expenses       36.62 | 2200-000 | | | |
| 01/26/12 | 003002 | Allan J. DeMars | Attorney for Trustee Fees (Other Fi | | | 1,361.54 | 2,801.93 |
| | | 100 West Monroe Street | | | | | |
| | | Suite 910 | | | | | |
| | | Chicago, IL 60603 | | | | | |
| | | | Fees        1,327.50 | 3210-000 | | | |
| | | | Expenses       34.04 | 3220-000 | | | |
| 01/26/12 | 003003 | INTERNAL REVENUE SERVICE | Claim 00013A, Payment 84.40% | 5800-000 | | 2,801.93 | 0.00 |
| | | P.O. BOX 7346 | | | | | |
| | | PHILADELPHIA, PA 19101-7346 | | | | | |

| | | | | |
|---|---|---|---|---|
| | COLUMN TOTALS | | 5,500.10 | 5,500.10 | 0.00 |
| | Less: Bank Transfers/CD's | | 5,500.10 | 0.00 | |
| | Subtotal | | 0.00 | 5,500.10 | |
| | Less: Payments to Debtors | | | 0.00 | |
| | Net | | 0.00 | 5,500.10 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account (Interest Earn - ********7497 | 5,500.10 | 0.00 | 0.00 |
| BofA - Checking Account - ********7565 | 0.00 | 0.00 | 0.00 |
| Checking Account - ********4380 | 0.00 | 5,500.10 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 5,500.10 | 5,500.10 | 0.00 |
| Page Subtotals | 5,500.10 | 5,500.10 | |

Ver: 16.06a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*

FORM 2

Page: 4

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-23614 | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|
| Case Name: | SOTO, CARLOS | Bank Name: | Congressional Bank |
|  | SOTO, MICHELLE | Account Number / CD #: | *******4380 Checking Account |
| Taxpayer ID No: | *******0424 | | |
| For Period Ending: | 05/02/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | | | | Page Subtotals | 0.00 | 0.00 |
|---|---|---|---|---|---|---|---|

Ver: 16.06a